# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147354

_____

In re SCHWARTZ

_____

CHRISTOPHER SCHWARTZ,
       Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
36TH DISTRICT JUDGE HANSEN,
36TH DISTRICT JUDGE COLEMAN,
       Defendants-Appellees,

and

BOB WOODWARD,
       Intervenor-Appellee.

SC: 147354
COA: 316621
Wayne CC: 13-002928-AV
             13-006402-AV

_____/

     On order of the Court, the application for leave to appeal the June 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



              Clerk

s1216